[No. 15904-3-III.    Division Three.    October 9, 1997.]

*In the Matter of the Marriage of* TERESA LYNN
ALDEN, *Respondent,* and EDWIN F. ALDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 85-3-00044-8, Donald W. Schacht, J.,
entered June 6, 1996. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 16609-1-III.    Division Three.    October 9, 1997.]

*In the Matter of the Personal Restraint of* MARVIN
LEE VERMILLION, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 18531-8-II.    Division Two.    October 10, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
LEE DUNCAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 93-1-01397-3, Robert L. Harris, J., entered
July 15, 1994. *Affirmed* by unpublished opinion per Hough-
ton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 19252-7-II.    Division Two.    October 10, 1997.]

KIEWIT CONSTRUCTION GROUP, *Appellant,* v. CLARK
COUNTY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 94-2-01014-3, Thomas L. Lodge, J., entered
February 17, 1995. *Reversed* by unpublished opinion per
Bridgewater, A.C.J., concurred in by Morgan and Seinfeld,
JJ.